**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JOSE GONZALEZ,<br><br>                Petitioner<br><br>      v.<br><br><br>GUIZZETTI FARMS, INC. (WORKERS'<br>COMPENSATION APPEAL BOARD),<br><br>             Respondent | : No. 252 MAL 2023<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

      **AND NOW**, this 12th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.